586

455 A.2d 187

Commonwealth v. Alexander, Appellant.

Submitted September 28, 1981. Samuel J. Orr, III, for appellant; John L. Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Orders affirmed.

455 A.2d 187

Commonwealth v. Ayres, Appellant.

Submitted February 23, 1982. Robert F. Pappano, Assistant Public Defender, for appellant; Vram Nedurian, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

The order of the court is affirmed.